IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00310-MOC-WCM

| | | |
|---|---|---|
| WNC CITIZENS FOR EQUALITY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CITY OF ASHEVILLE, | ) | |
| DEBRA CAMPBELL | ) | |
| *City Manager of City of Asheville*, | ) | |
| THE ASHEVILLE CITY SCHOOLS | ) | |
| FOUNDATION, | ) | |
| COPLAND ARNOLD RUDOLPH | ) | |
| *Executive Director of Asheville City* | ) | |
| *Schools Foundation* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Ruth C. Smith. The Motion indicates that Ms. Smith, a member in good standing of the Bar of this Court, is local counsel for WNC Citizens for Equality, Inc. and that she seeks the admission of James F. Peterson, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** James F. Peterson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 25, 2021

W. Carleton Metcalf
United States Magistrate Judge